**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

CASE NO. 8:12-bk-19170-MGW

DOUGLASS, GENE A
DOUGLASS, BEVERLY A.

_____/
Debtor(s)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Christine L. Herendeen, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 3U | 105 | OneWest Bank FSB<br>Cashiering Department, 6900 Beatrice Drive<br>Kalamazoo, MI 49009 | $10,432.77 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $10,432.77 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602, this 2nd day of May, 2014.

/s/ Christine L. Herendeen
CHRISTINE L. HERENDEEN
Chapter 7 Trustee
P.O. Box 152348
Tampa, FL 33684
(813) 438-3833